IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEVEN C. JONES, | : | |
| Petitioner, | : | Case No. 3:08cv147 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| TIMOTHY BRUNSMAN, WARDEN, | : | |
| | : | |
| Respondent. | : | |

# DECISION and ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on November 23, 2010 (Doc. #18) are ADOPTED in full;

2. Petitioner Steven C. Jones' Petition for Writ of Habeas Corpus (Doc. #2) is DISMISSED with prejudice;

3. Any certificate of appealability under 28 U.S.C. § 2253(c) is DENIED; and

4. This case is TERMINATED on the docket of this Court.

December 14, 2010                    *s/THOMAS M. ROSE*

                                            Thomas M. Rose
                                United States District Judge